FILED

2007 OCT -9  AM 8: 32

CLERK US DIST . COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>MATTHEW HAUSOTTER ,<br><br>                Defendant. | } Case No.: 3:07-CR-2367<br>}<br>} **ORDER**<br>}<br>}<br>}<br>}<br>}<br>}<br>} |

IT IS HEREBY ORDERED that the bond be modified in order for Defendant to visit his

father in Colorado who has been injured.  Defendant would be leaving on Saturday,

October 6, 2007 and returning 5 to 7 days later.

DATED: _October 5_____ , 2007


HONORABLE BARRY T. MOSKOWITZ
United States District Court Judge